# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ophelia C. Culbreath,

        Plaintiff(s),

vs.

Commissioner of Social Security Administration,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-280

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 19, 2007 Order and February 12, 2007 Memorandum and Recommendation.

**Signed: March 20, 2007**

Frank G. Johns, Clerk
United States District Court